■ 4687 TRANSIT ROAD ASSOCIATES, Respondent, v JAY BIRNBAUM-EHA, LLC, et al., Appellants. [847 NYS2d 510]—Appeal from a judgment (denominated order) of the Supreme Court, Erie County (Eugene M. Fahey, J.), entered October 25, 2006. The judgment, among other things, adjudged that plaintiff has an easement by implication.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in the decision at Supreme Court. Present—Martoche, J.P., Centra, Peradotto and Green, JJ.